IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION
_____

UNITED STATES OF AMERICA

v.                                                        No.   1:14-CR-007-P
                                                          ECF
TROY E. POWELL

GOVERNMENT'S EXHIBIT LIST

| EX. NO. | EXHIBIT | OFFERED | ADMITTED |
|---------|---------|---------|----------|
| 1. | Information in Case No. 92CR137-II People of the State of Colorado v. Troy Powell, Fremont County, CO, dated June 30, 1992 | _____ | _____ |
| 2. | Plea agreement in Case No. 92CR137-II People of the State of Colorado v. Troy Powell, Fremont County, CO, dated September 25, 1992 | _____ | _____ |
| 3. | Judgment of Conviction, Sentence and Order to Sheriff in Case No. 92CR137-II People of the State of Colorado v. Troy Powell, Fremont County, CO, dated November 6, 1992 | _____ | _____ |
| 4. | Statement of Troy E. Powell, given to DUSM Chance Ferguson on February 7, 2014 | _____ | _____ |
| 5. | Copy of Special Warranty Deed for property located at 326 CR 606, Tuscola, TX 79562, dated December 26, 2013 | _____ | _____ |

**Government's Exhibit List - Page 1**

6.      Illinois Sex Offender Registration Act
        Registration Form of Troy E. Powell
        Dated April 3, 2013                          _____   _____

7.      Letter from Illinois State Police, Notice
        of Expiration of Illinois Sex Offender
        Registration Requirement, addressed to
        Troy E. Powell, dated May 24, 2013           _____   _____

8.      Copy of printout of Facebook postings
        on Facebook account of Troy Powell,
        captured by DUSM Chance Ferguson
        on February 3, 2013                          _____   _____


                        Respectfully submitted,

                        SARAH R. SALDAÑA
                        UNITED STATES ATTORNEY


                         /s/ *Steven M. Sucsy*
                        STEVEN M. SUCSY
                        Assistant United States Attorney
                        Texas State Bar No. 19459200
                        1205 Texas Avenue, 7th Floor
                        Lubbock, Texas 79401
                        Tel:   806.472.7351
                        Fax:   806.767.2916
                        email:   steve.sucsy@usdoj.gov


**Government's Exhibit List - Page 2**

CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2014, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.   The electronic case filing system sent a "Notice of Electronic Filing" to the following attorney of record who has consented in writing to accept this Notice as service of this document by electronic means: Attorney Jeffrey A. Propst.

 /s/ *Steven M. Sucsy*
STEVEN M. SUCSY
Assistant United States Attorney