**UNITED STATES DISTRICT COURT**
**PROBATION AND PRETRIAL SERVICES**
**NORTHERN DISTRICT OF TEXAS**



## Waiver of Hearing to Modify Conditions of Supervised Release
## or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release or to the proposed extension of my term of supervision:

> If required to register under the Sex Offender Registration and Notification Act, the defendant shall submit, at any time, with or without a warrant, to search of the defendant's person, and any property, house, residence, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects, by any law enforcement or probation officer having reasonable suspicion concerning a violation of a condition of supervised release or unlawful conduct by the defendant, and by any probation officer in the lawful discharge of the officer's supervision functions.

> The defendant shall comply with the requirements of the computer and internet monitoring program as administered by the Probation Office. The defendant shall consent to the installation of computer monitoring software on all identified computers to which the defendant has access. The software may restrict and/or record any and all activity on the computer, including the capture of keystrokes, application information, internet use history, email correspondence, and chat conversations. A notice will be placed on the computer at the time of installation to warn others of the existence of the monitoring software. The defendant shall not remove, tamper with, reverse engineer, or in any way circumvent the software. The costs of the monitoring shall be paid by the defendant.

> The defendant shall not possess or use a computer, camera, or any device with access to any "online computer service" at any location (including place of employment) without the prior approval of the probation officer. This includes any internet service provider, bulletin board system or any other public or private network or email system. The defendant shall not possess camera phones or electronic devices that could be used for covert photography without the prior approval of the probation officer.

Troy E. Powell
Report of Offender Under Supervision - No Court Action Recommended

The defendant shall provide his supervising probation officer with copies of his telephone bills, all credit card statements/receipts, and any other financial information requested.

Witness: _____         Signed: _____
Kelly Dickerson                                            Troy E. Powell
U.S. Probation Officer                                     Supervised Releasee

11-30-16
_____
Date