# UNITED STATES DISTRICT COURT
## for
## NORTHERN DISTRICT OF TEXAS

NORTHERN DISTRICT OF TEXAS
FILED
JAN - 4 2017
CLERK, U.S. DISTRICT COURT
By_____
Deputy

## Request for Modifying the Conditions or Term of Supervision
## With Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Troy E. Powell | Case No.: 1:14-CR-007-O(01) |

Name of Sentencing Judge: Chief U.S. District Judge Jorge A. Solis (Case reassigned to U.S. District Judge Reed C. O'Connor on March 16, 2016.)

Date of Original Sentence: September 11, 2014

Original Offense: Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a)

Original Sentence: 48 months custody, 5-year term of supervised release

Type of Supervision: Supervised Release    Supervision To Commence: July 31, 2017

Assistant U.S. Attorney: Steven M. Sucsy    Defense Attorney: Jeffrey A. Propst
(Court appointed)

## Petitioning The Court As Follows:

To add to the conditions of supervision with the consent of the offender as follows:

> If required to register under the Sex Offender Registration and Notification Act, the defendant shall submit, at any time, with or without a warrant, to search of the defendant's person, and any property, house, residence, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects, by any law enforcement or probation officer having reasonable suspicion concerning a violation of a condition of supervised release or unlawful conduct by the defendant, and by any probation officer in the lawful discharge of the officer's supervision functions.

> The defendant shall comply with the requirements of the computer and internet monitoring program as administered by the Probation Office. The defendant shall consent to the installation of computer monitoring software on all identified computers to which the defendant has access. The software may restrict and/or record any and all activity on the computer, including the capture of keystrokes, application information, internet use history, email correspondence, and chat conversations. A notice will be placed on the computer at the time of installation to warn others of the existence of the monitoring software. The defendant shall not remove, tamper with, reverse engineer, or in any way circumvent the software. The costs of the monitoring shall be paid by the defendant.

> The defendant shall not possess or use a computer, camera, or any device with access to any "online computer service" at any location (including place of employment) without the prior approval of the probation officer. This includes any internet service provider, bulletin board system or any other public or private network or email system. The defendant shall not possess camera phones or electronic devices that could be used for covert photography without the prior approval of the probation officer.

> The defendant shall provide his supervising probation officer with copies of his telephone bills, all credit card statements/receipts, and any other financial information requested.

### Cause

Presently, Troy E. Powell (Powell) is an inmate at the Federal Correctional Institute in Butner, North Carolina. As noted above, he is presently set to release from custody on July 31, 2017. On November 10, 2016, the U.S. Probation Office, Northern District of Illinois, Chicago Division, tentatively approved a relocation plan for Powell to release to a residence located at 506 Wallace Street, Sterling, Illinois. However, in order to accept supervision of his case in their division, the U.S. Probation Office, Northern District of Illinois, requested the addition of the above-noted conditions.

As it appears Powell will be releasing to and will be under the supervision of the U.S. Probation Office, Northern District of Illinois, Chicago Division, it is respectfully requested the Court consider the addition of the above-noted conditions in order to facilitate the supervision and relocation of Powell.

I declare under penalty of perjury
that the foregoing is true and correct.

Executed on December 15, 2016                    Approved,

s/Scott Cannon                                   s/Don W. Kretschmer
U.S. Probation Officer                           Supervising U.S. Probation Officer
Abilene Division                                 Phone: 325-486-4071
Phone: 325-690-3982
Fax: 325-676-1936

---

**Order of the Court:**

☐ No Action

☐ The extension of supervision as noted above.

☒ To add to the conditions of supervision.

> If required to register under the Sex Offender Registration and Notification Act, the defendant shall submit, at any time, with or without a warrant, to search of the defendant's person, and any property, house, residence, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects, by any law enforcement or probation officer having reasonable suspicion concerning a violation of a condition of supervised release or unlawful conduct by the defendant, and by any probation officer in the lawful discharge of the officer's supervision functions.
>
> The defendant shall comply with the requirements of the computer and internet monitoring program as administered by the Probation Office. The defendant shall consent

to the installation of computer monitoring software on all identified computers to which the defendant has access. The software may restrict and/or record any and all activity on the computer, including the capture of keystrokes, application information, internet use history, email correspondence, and chat conversations. A notice will be placed on the computer at the time of installation to warn others of the existence of the monitoring software. The defendant shall not remove, tamper with, reverse engineer, or in any way circumvent the software. The costs of the monitoring shall be paid by the defendant.

The defendant shall not possess or use a computer, camera, or any device with access to any "online computer service" at any location (including place of employment) without the prior approval of the probation officer. This includes any internet service provider, bulletin board system or any other public or private network or email system. The defendant shall not possess camera phones or electronic devices that could be used for covert photography without the prior approval of the probation officer.

The defendant shall provide his supervising probation officer with copies of his telephone bills, all credit card statements/receipts, and any other financial information requested.

☐ Other or Additional:

☐ File under seal until further order of the Court.

_____
The Honorable Reed C. O'Connor
U.S. District Judge

Date  1/4/16

SC/gmb

*Attachment