| | | Case Number (Trans. Court) |
|---|---|---|
| **Transfer of Jurisdiction** | | 1:14-CR-007-O(01) |
| | | Case Number (Rec. Court) |

| Name Of Probationer/Supervised Releasee | District | Division |
|---|---|---|
| Troy E. Powell | Northern District of Texas | Abilene Division |
| | Name of Sentencing Judge | |
| | Chief U.S. District Judge Jorge A. Solis (Case reassigned to U.S. District Judge Reed C. O'Connor on March 16, 2016.) | |
| | Dates Of Probation/ Supervised Release | From July 31, 2017 | To July 30, 2022 |

Offense
Failure To Register As A Sex Offender, 18 U.S.C. § 2250(a)

### PART 1 - ORDER TRANSFERRING JURISDICTION

U.S. District Court For The **Northern District of Texas, Abilene Division**

IT IS HEREBY ORDERED that pursuant to 18 USC § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the U.S. District Court for the Northern District of Illinois, Rockford Division, upon that Court's order of acceptance of jurisdiction.

This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_____10/30/17_____        _____
Date                            U.S. District Judge Reed C. O'Connor

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

U.S. District Court For The **Northern District of Illinois, Rockford Division**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____12-12-17_____        _____
Effective Date                  U.S. District Judge
                                Frederick J. Kapala, Rockford

Prob22 (Revised 12/12/14)                                Page 1 of 1